# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0320
LT Case No. 2021-30356-CJCI

_____

J.B., Father of G.B., G.B., and
C.C., Children,

      Appellant,

      v.

DEPARTMENT of CHILDREN
and FAMILIES,

      Appellee.

_____

On Appeal from the Circuit Court for Volusia County.
Joan Anthony, Judge.

Richard F. Joyce, Special Assistant Regional Counsel Office of
Criminal Conflict and Civil Regional Counsel – 5th District,
Casselberry, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Caitlin E. Burke, Senior Attorney, Appellate Division,
Tallahassee, for Guardian ad Litem.

July 15, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and JAY and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____